UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BARBARA CLARKE | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | Civil Action No. 14-cv-11938-IT |
| JOHN H. SLINGERLAND | * | |
| Defendant. | * | |

ORDER

April 27, 2015

This case, Clarke v. Slingerland, 14-cv-11938-IT ("Slingerland"), was removed from state court on April 24, 2014. On March 3, 2015, Clarke v. Paragon Recovery Group LLC, 15-cv-10617-RGS ("Paragon"), was removed from state court and assigned to District Judge Richard G. Stearns. Now before the court is the parties' Joint Motion to Consolidate and for Extension of Deadlines [#18], which seeks to consolidate the cases pursuant to Federal Rule of Civil Procedure 42 and to reopen discovery until May 29, 2015.

Local Rule 40.1(G)(5) provides that "the treatment of a case as not related to another case shall be subject to correction only by the joint decision of the judge to whom it has been assigned and the judge to whom it should be assigned, if related to another case." Here, with the agreement of Judge Stearns, the court finds that Paragon and Slingerland are related.

Pursuant to Federal Rule of Civil Procedure 42, the court may consolidate actions that "involve a common question of law or fact." The court has reviewed the complaints in Slingerland and Paragon and agrees with the parties that the cases present such common questions. Moreover, the court finds that the parties' request to reopen discovery is reasonable in light of the need to complete any additional discovery required by the cases' consolidation.

Accordingly, the parties' Joint Motion to Consolidate and for Extension of Deadlines [#18] is ALLOWED.

It is hereby ordered that:

1. The clerk shall designate Paragon as related to Slingerland and transfer that later-filed case to this session.

2. After the cases are designated as related, they shall be consolidated in light of this order.

3. Fact discovery is reopened until May 29, 2015. The deadline for dispositive motions is moved to July 1, 2015.

IT IS SO ORDERED.

April 27, 2015 /s/ Indira Talwani
United States District Judge